ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 MAY 23 AM 10 56

CLERK _L. Flanders_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SCOTTI BOBA TIETJENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 104-099 |
| | ) | |
| PHILANDA Y. WESTBROOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and Plaintiff's motion for assistance is **DENIED**.

SO ORDERED this 23rd day of May, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:
S.B. TIETJENS
P.J. BLOUNT

CASE NO:      CV104-99
DATE SERVED: 5/23/05
SERVED BY:    J. HOWELL

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate